CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

DONALD L. SMITH (SBN: 067588)
lawsmith@aol.com
LAW OFFICES OF DONALD L. SMITH
A Professional Corporation
80770 Via Montecito
La Quinta, CA 92253
Telephone: (415) 800-8979
Facsimile: (925) 215-1433
Attorneys for Defendants
MST Investment Newco, LLC and C & L Ajlouni Investments, LLC

CHRISTINE H. LONG (SBN: 199676)
christine.long@berliner.com
EILEEN P. KENNEDY (SBN: 204646)
eileen.kennedy@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard,
Eleventh Floor
San Jose, California 95113-2233
Telephone:(408)286-5800
Facsimile:(408)998-5388
Attorneys For Defendant
Mariscos Costa Alegre LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br>  v.<br><br>MST INVESTMENTS NEWCO, LLC, a California Limited Liability Company;<br>C&L AJLOUNI INVESTMENTS LLC, a California Limited Liability Company;<br>MARISCOS COSTA ALEGRE LLC, a California Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case: 5:19-CV-07154-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 29, 2020          NTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff

Dated: July 29, 2020          LAW OFFICES OF DONALD L. SMITH

                              By: /s/ Donald L. Smith
                                  Donald L. Smith
                                  Attorneys for Defendants
                                  MST Investment Newco, LLC and
                                  C & L Ajlouni Investments, LLC

Dated: July 29, 2020          BERLINER COHEN, LLP

                              By: /s/ Eileen P. Kennedy
                                  Christine H. Long
                                  Eileen P. Kennedy
                                  Attorneys for Defendant
                                  Mariscos Costa Alegre LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Donald L. Smith and Eileen P. Kennedy, counsel for MST Investment Newco, LLC ,C & L Ajlouni Investments, LLC and Mariscos Costa Alegre LLC, respectively, and that I have obtained Mr. Smith's and Ms. Kennedy's authorization to affix their electronic signature to this document.

Dated: July 29, 2020             CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff